## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 71 WM 2014

Respondent :

v. :

JOHN PAUL CURRIN, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.